# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ARICK JOHNSON**                                                                                **PETITIONER**

**V.**                  **NO. 4:23-CV-00835-BRW-ERE**

**ERIC S. HIGGINS, SHERIFF,**                                           **RESPONDENT**
**PULAKSI COUNTY, ARKANSAS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (*Docs. 3, 4*) is DENIED, and pursuant to the judgment entered with this order, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of November, 2023.

                                                         BILLY ROY WILSON
                                       UNITED STATES DISTRICT JUDGE